IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL A. MERINAR, | ) | No. C 04-4003 JSW (PR) |
| Plaintiff, | ) | |
| v. | ) | **ORDER REFERRING CASE TO PRO SE PRISONER MEDIATION PROGRAM AND INSTRUCTIONS TO THE CLERK** |
| N. GRANNIS, et al., | ) | |
| Defendants. | ) | (Docket No. 61) |

    Plaintiff Russell A. Merinar currently incarcerated at Folsom State Prison in Folsom, California filed this *pro se* civil rights action under 42 U.S.C. § 1983 regarding the conditions of his confinement at the Correctional Training Facility.  On July 26, 2005, Defendants filed a motion for summary judgment (docket no. 22).  On February 21, 2006, this Court partially granted and partially denied the motion and directed Defendants Woodford and Sinnaco to show cause why a default judgment should not be entered against them.

    On March 1, 2006, Defendants Woodford and Sinnaco appeared and informed the Court that a clerical error within the Office of Legal Affairs of the California Department of Corrections and Rehabilitation resulted in the failure of that office to request that Defendant's counsel appear in this action on their behalf as well.  *See*, docket numbers 46-48.  As such, the Court now declines to enter a default judgment against them.  On March 30, 2007, the Court denied Defendant's motion seeking leave to file a motion for

reconsideration of the denial of summary judgment.

On March 29, 2007, Plaintiff filed a motion seeking a "meeting with Defendants' counsel" and stated that he is "willing to consider any reasonable settlement" of this case (docket no. 61). The Court has established a Pro Se Prisoner Early Settlement Program. Certain prisoner civil rights cases may be referred to a neutral magistrate judge for settlement proceedings. The proceedings consist of one or more conferences as determined by the magistrate judge. Good cause appearing, Plaintiff's motion is GRANTED (docket no. 61) and the instant case will be referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program. The proceedings shall take place within 45 days of the date this order is filed. Magistrate Judge Vadas shall coordinate a time and date for settlement proceedings with all interested parties and/or their representatives and, within 5 days after the conclusion of the mediation proceedings, file with the court a report for the proceedings. The Clerk shall mail a copy of the Court file, including a copy of this order, to Magistrate Judge Vadas in Eureka, California.

IT IS SO ORDERED.

DATED: May 14, 2007

JEFFREY S. WHITE
United States District Judge

2