IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL A. MERINAR,<br><br>　　　Plaintiff,<br><br>　　　　v<br><br>N . GRANNIS, et al.<br><br>　　　Defendants. | Case No C 04-4003 JSW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>August 16, 2007</u>. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　☐ Plaintiff

　☐ Warden or warden's representative

　☐ Office of the California Attorney General

　☒ Other: Counsel for Defendants, Jordan S. Stanzler, Esq.

1  (2)    The following individuals, parties, and/or representatives did not appear:
2  Plaintiff, Russell Merinar.
3  (3)    The outcome of the proceeding was:
4  ☐ The case has been completely settled. The parties agree that a proposed
5  stipulated order for dismissal of this case will be filed with the Court on or before February
6  28, 2007.
7  ☐ The case has been partially resolved and, on or before
8  _____, counsel for defendants shall file a joint stipulation specifying
9  those claims which have been resolved and those that remain to be resolved by the Court.
10 ☐ The parties agree to an additional follow up settlement on _____.
11 ☒ The parties are unable to reach an agreement at this time. Counsel for
12 Defendant, Jordan S. Stanzler, informed the court that Plaintiff also failed to appear for a
13 deposition earlier that morning. Mr. Stanzler will contact Plaintiff to reschedule the
14 deposition and will request from the court another settlement conference date if it is
15 appropriate.

Date: 8/20/07                                    _____
                                                 Nandor J Vadas
                                                 United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Merinar                                    No. C 04-4003 JSW

v.                                         CERTIFICATE OF SERVICE

Grannis
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Russell Arlen Merinar**
1507 W. Pico Blvd. #40
Los Angeles, CA 90015


                                           RICHARD W. WIEKING, CLERK


                                           By:_____
                                                  Deputy Clerk

3