1

2

3

4

5        IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    RUSSELL A. MERINAR,                )    No. C 04-4003 JSW (PR)
                                         )
9                    Plaintiff,          )
                                         )    **ORDER OF DISMISSAL**
10       v.                              )
                                         )
11   N. GRANNIS, et al.,                 )
                                         )
12                   Defendants.         )
     _____ )

13

14

15       Plaintiff Russell A. Merinar, a formerly incarcerated state prisoner, filed this *pro
16   se* civil rights action under 42 U.S.C. § 1983 regarding the conditions of his confinement
     at the Correctional Training Facility.   After Plaintiff failed to appear or to contact the
17   Court regarding his non-appearance at a settlement conference scheduled subsequent to
18   Plaintiff's motion seeking such a proceeding, the Court ordered Plaintiff to show cause
19   within twenty days of the Court's order why the case should not be dismissed for failure
20   to prosecute and to notify the Court of his continued intent to prosecute this action.
21   Plaintiff was also informed that failure to timely file a response to the Court's order
22   would result in the dismissal of this action without prejudice for failure to prosecute.  *See*
23   Fed. R. Civ. P. 41(b).
24       Since the Court's order was filed on September 5, 2007, Plaintiff has failed to
25   contact the Court and to respond to the Court's order.   Accordingly, this case is
26   DISMISSED without prejudice for failure to prosecute and to comply with a court order
27   pursuant to Federal Rule of Civil Procedure 41(b).  *See Link v. Wabash R.R.*, 370 U.S.

28

626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991).  The Clerk shall terminate any pending motions as moot, close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED:  October 25, 2007

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MERINAR,

         Plaintiff,

  v.

GRANNIS et al,

         Defendant.

_____/

Case Number: CV04-04003 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jordan S. Stanzler
Stanzler Funderburk & Castellon LLP
180 Montgomery Street, 17th Floor
San Francisco, CA 94104

Russell Arlen Merinar
1507 W. Pico Blvd. #40
Los Angeles, CA 90015

Dated: October 25, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk