IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUSSELL A. MERINAR, | ) | No. C 04-4003 JSW (PR) |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING REQUEST TO** |
| v. | ) | **REOPEN CASE** |
| | ) | |
| N. GRANNIS, et al., | ) | |
| | ) | |
| Defendants. | ) | (Dkt. 74) |
| _____ | ) | |

Plaintiff Russell A. Merinar, a formerly incarcerated state prisoner, filed this *pro se* civil rights action under 42 U.S.C. § 1983 regarding the conditions of his confinement at the Correctional Training Facility.   Plaintiff did not appear or explain his non-appearance at a settlement conference that he requested.  Thereafter he did not respond to an order to show cause why the case should not be dismissed for failure to prosecute. Consequently the case was dismissed without prejudice  pursuant to Federal Rule of Civil Procedure 41(b) and judgment was entered on October 25, 2007.  Nearly six years later, on June 13, 2013, Plaintiff filed a "notice of apology" in which he requests to accept any settlement offer.  It is not clear that any settlement offer was ever made, but in any case it is too late to accept it.  And to whatever extent Plaintiff seeks to reopen this

case, such request is DENIED as untimely because Plaintiff's lengthy delay is
unreasonable and unexplained.  *See* Fed. R. Civ. P. 59, 60.

     IT IS SO ORDERED.

DATED:  January 14, 2014

_____
JEFFREY S. WHITE
United States District Judge

2